**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VATCHE SARKOYAN

    Plaintiff,

v.

TRANS UNION LLC,

    Defendant.

Case No. 2:24-cv-02323-GMN-NJK

**Order**

[Docket Nos. 13, 14]

Pending before the Court are the parties' joint motion for protective order and stipulated protective order regarding the designation and treatment of confidential discovery material. Docket Nos. 13, 14. Unless such agreement interferes with court proceedings or deadlines, parties may stipulate to discovery procedures without obtaining judicial approval. Fed. R. Civ. P. 29. No showing has been made as to why judicial oversight is required for the parties' agreement on designation and treatment of confidential discovery material. Accordingly, the joint motion for protective order and stipulated protective order regarding designation and treatment of confidential discovery material are **DENIED** without prejudice. Docket Nos. 13, 14.

IT IS SO ORDERED.

Dated: April 15, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1