Sarai L. Brown (Bar No. 11067)
sbrown@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534
*Attorney for Defendant Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VATCHE SARKOYAN,<br><br>             Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>             Defendant. | Case No. 2:24-cv-02323-GMN-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC** |

TO THE HONORABLE JUDGE GLORIA M. NAVARRO:

      Plaintiff VATCHE SARKOYAN, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

      There are no longer any issues in this matter between VATCHE SARKOYAN and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

1

8068657.1

Dated this 4th day of July 2025.

| /s/  Sarai L. Brown | /s/  Craig K. Perry |
|---|---|
| Sarai L. Brown (Bar No. 11067) | Craig K. Perry |
| sbrown@skanemills.com | cperry@craigperry.com |
| SKANE MILLS LLP | Craig K. Perry & Associates |
| 1120 Town Center Drive, Suite 200 | 2300 W. Sahara Ave., Suite 800 |
| Las Vegas, Nevada 89144 | Las Vegas, NV 89102 |
| (702) 363-2535 / Fax (702) 363-2534 | (702) 228-4777 |
| ***Counsel for Trans Union LLC*** | ***Counsel for Plaintiff*** |

8068657.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July 2025, I filed the **Stipulation of Dismissal with Prejudice as to Trans Union LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Craig K. Perry
cperry@craigperry.com
Craig K. Perry & Associates
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
(702) 228-4777
*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Yesenia Lopez-Lutes*
　　　　　　　　　　　　　　　　　　　　An Employee of Skane Mills LLP

8068657.1

3

1  Sarai L. Brown (Bar No. 11067)
2  sbrown@skanemills.com
   SKANE MILLS LLP
3  1120 Town Center Drive, Suite 200
   Las Vegas, Nevada 89144
4  (702) 363-2535 / Fax (702) 363-2534
   *Attorney for Defendant Trans Union LLC*
5

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| VATCHE SARKOYAN, | Case No. 2:24-cv-02323-GMN-NJK |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC** |
| v. | |
| TRANS UNION LLC, | |
| Defendant. | |

## **ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC**

Plaintiff VATCHE SARKOYAN and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

///

///

8068674.1

1

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff VATCHE SARKOYAN against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this __10__ day of July 2025.

**HONORABLE GLORIA M. NAVARRO**
UNITED STATES DISTRICT JUDGE

2

8068674.1

3

8068674.1